Mark JOHNSTON, Petitioner,

v.

COMMONWEALTH of Pennsylvania, Respondent.

No. 39 MM 2007.

Supreme Court of Pennsylvania.

June 26, 2007.

*ORDER*

PER CURIAM.

AND NOW, this 26th day of June, 2007, the Application for Leave to File Original Process is granted and the Petition for Writ of Mandamus and/or Extraordinary Relief is denied.

Bruce FERRELL, Petitioner,

v.

Jeffrey A. BEARD, Ph.D. Secretary et al Edward Klem, Superintendent et al Department of Corrections, Respondents.

No. 48 MM 2007.

Supreme Court of Pennsylvania.

June 26, 2007.

*ORDER*

PER CURIAM.

AND NOW, this 26th day of June, 2007, the Motion Requesting the Supreme Court's Permission to Proceed with the Appeal by Means of Notice of Appeal Nunc Pro Tunc is denied.

COMMONWEALTH of Pennsylvania, ex rel, Eugene CARVALHO, Petitioner,

v.

Judge WEIST, John Broda, and Da Anthony Rosini, Respondents.

No. 51 MM 2007.

Supreme Court of Pennsylvania.

June 26, 2007.

*ORDER*

PER CURIAM.

AND NOW, this 26th day of June, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus is denied and the Judge's name is to be stricken from the caption.